

**JOHN F. WARREN**
**DALLAS COUNTY CLERK**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/10/2015 8:28:10 AM
LISA MATZ
Clerk

March 10, 2015

RE:   Volney Brand vs. JPMorgan Chase & Co; trial court cause no. CC-14-02091-C; appellate cause no. 05-15-00066-CV

Ms. Lisa Matz
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

Dear Ms. Matz:

In response to the Notice card dated March 10, 2015, in trial court cause no. CC-14-02091-C – appellate cause no. 05-15-00066-CV. The Record was prepared February 24, 2015 for a total of $223.00. An Affidavit of Inability to Pay Cost was not filed in this matter; therefore no contest was ever made. As of March 10, 2015 appellant, Volney Brand, has not made arrangements to fulfill payment.

Respectfully,

*A. Espinoza*

Alina Espinoza, Deputy Clerk

Cc:   Jerry Boone, VI
      P. O. Box 441523
      Houston, Texas 77244

Cc:   Volney Brand
      5001 Spring Valley Rd.
      Suite 400E
      Dallas, Texas 75244

Cc:   Gregg D. Stevens
      2711 N. Haskell
      Suite 2700 LB 25
      Dallas, Texas 75204